## J. A. Mathews, Defendant in Error, v. John Moran, Plaintiff in Error.

### Gen. No. 20,556.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed March 29, 1915.

### Statement of the Case.

Forcible entry and detainer by J. A. Mathews, plaintiff, against John Moran, defendant.

The facts herein are the same as those in *Mathews v. Jackson, ante,* p. 194, except that the premises involved are the basement of 5309 South Dearborn street and that ten dollars is recited in the notice to be due.

WILLIAM SLACK, for plaintiff in error.

BENJAMIN F. J. ODELL, for defendant in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

FORCIBLE ENTRY AND DETAINER, § 84*—*when evidence insufficient.* The decision in *Mathews v. Jackson, ante,* p. 194, *held* to be controlling and adhered to.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.